# CITATION – LONG ARM

HEATHER LYN JONES

Versus

ALANA CARMICHAEL, ET AL



Case: 2019-0000780
Division: C
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

MJC

To: MARTEN TRANSPORT LTD  **VIA LONG ARM STATUTE**
THROUGH CT CORPORATION
301 S BEDFORD ST, STE 1
MADISON, WI 53703

Parish of

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation; or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was ordered by attorney BRAD MATTHEWS and was issued by the Clerk of Court on March 18, 2019.

**Pleading Served**
PETITION FOR DAMAGES W/REQ FOR NOTICE

*Marsha Casanova*
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____

Returned:
Parish of _____ this _____ day of _____, 20____.

Service       $_____
Mileage     $_____         By: _____
Total          $_____              Deputy Sheriff

[ ORIGINAL ]

## CITATION – LONG ARM

**HEATHER LYN JONES**

Versus

**ALANA CARMICHAEL, ET AL**



Case: 2019-0000780
Division: C
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

MJC

To: MARTEN TRANSPORT LTD  **VIA LONG ARM STATUTE**
THROUGH CT CORPORATION
301 S BEDFORD ST, STE 1
MADISON, WI 53703

Parish of

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was ordered by attorney BRAD MATTHEWS and was issued by the Clerk of Court on March 18, 2019.

<u>Pleading Served</u>
PETITION FOR DAMAGES W/REQ FOR NOTICE

_Marsha Casanova_
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____

Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____
                              By: _____
Mileage    $_____         Deputy Sheriff

Total        $_____

[ SERVICE ]

| | | |
|---|---|---|
| HEATHER LYN JONES | MAR 1 3 2019 | SUIT NO.: 2019-0000780   DIV: C |
| VERSUS | FILED s/Marsha Casanova BY CLERK OF COURT | 21st JUDICIAL DISTRICT COURT |
| ALANA CARMICHAEL AND MARTEN TRANSPORT, LTD | | PARISH OF TANGIPAHOA STATE OF LOUISIANA |

************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, HEATHER JONES, a person of legal age and majority, domiciled in the Parish of Livingston, State of Louisiana, who respectfully represents the following Petition for Damages to wit:

1.

Made Defendants are:

a. ALANA CARMICHAEL, a resident of full age of majority domiciled in the County of Wayne, which may be served via Louisiana Long-Arm Statute, La. R.S. 13:3201 at her place of residence, 1954 Glynn Ct., Detroit, Michigan 48206;

b. MARTEN TRANSPORT, LTD, a foreign corporation, authorized to do and doing business in the State of Wisconsin, which may be served via Louisiana Long-Arm Statute, La. R.S. 13:3201, through its registered agent for service of process, C T Corporation System, 301 S. Bedford St. Suite 1, Madison, WI 53703; and

2.

On or about March 29, 2018, at approximately 6:35 a.m., HEATHER LYN JONES was operating her 2017 Nissan Titan, traveling southbound on Veterans Avenue in Tangipahoa Parish, Louisiana, within the jurisdictional limits of this court.

3.

At the same time, ALANA CARMICHAEL, was operating a 2018 Ken Semi tractor trailer, bearing license plate number 2484584, owned by MARTEN TRANSPORT, LTD, and was traveling eastbound on Club Deluxe Road at the intersection of Veterans Avenue in Tangipahoa Parish, Louisiana, within the jurisdictional limits of this court.

4.

Suddenly and without warning, the 2018 Ken Semi tractor trailer operated by ALANA CARMICHAEL failed to yield, entering the lane of travel and crashing into the 2017 Nissan Titan operated by HEATHER LYN JONES, thereby causing a violent collision resulting in injuries to HEATHER LYN JONES.

5.

At the time of this accident, ALANA CARMICHAEL was an employee and representative of MARTEN TRANSORT, LTD, who was acting within his course and scope of employment.

6.

Defendant, MARTEN TRANSPORT, LTD is vicariously liable for the aforementioned fault, incompetence, and negligence of defendant, ALANA CARMICHAEL, under La. C.C. Art. 2317 where MARTEN TRANSPORT, LTD, negligently entrusted her vehicle to ALANA CARMICHAEL, whom she knew or should have known was a careless, incompetent, and reckless driver and would cause harm of the type described herein.

7.

During this entire occurrence, HEATHER LYN JONES drove her vehicle safely and with skill, and in no way did HEATHER LYN JONES contribute to causing the collision.

8.

The collision described above was caused solely and proximately by the gross and flagrant recklessness, carelessness, negligence, and fault of ALANA CARMICHAEL, in the following, non-exclusive, particulars, to-wit:

A. In failing to keep a proper look out;

B. In failing to keep her vehicle under proper control;

C. In operating her vehicle in a wanton and reckless manner with no regard for the rights and safety of others;

D. In failing to yield;

E. In failing to see what she should have seen and if having seen, in failing to heed;

F. In driving her vehicle into the pathway of the vehicle owned and operated by HEATHER LYN JONES;

G. In failing to maintain control of her vehicle;

H. In not obeying the traffic laws of the state of Louisiana; and

J. Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

9.

Additionally, the collision described above was caused by the gross and flagrant recklessness, carelessness, negligence, and fault of MARTEN TRANSPORT, LTD, in the following, non-exclusive, particulars, to-wit:

A. In failing to properly train employees on vehicle safety;

B. In failing to properly train employees on operating and maneuvering a commercial vehicle;

2

C. In failing to employ a safe and competent driver;

D. In failing to properly supervise and instruct its drivers;

E. In negligently hiring and/or maintaining an employee; and

F. Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

10.

Petitioner is informed, believes, and therefore alleges that defendant, MARTEN TRANSPORT, LTD, is vicariously liable for the actions, negligence, and fault of its employee, ALANA CARMICHAEL, under the theory of *respondeat superior* as codified in La. C.C. art. 2320, where ALANA CARMICHAEL was working for and within the course and scope of her employment with defendant, MARTEN TRANSPORT, LTD at the time of the aforementioned accident.

11.

Plaintiff is informed, believes, and therefore alleges, that at the time of the accident MARTEN TRANSPORT, LTD, had a self-insured policy and/or a policy of motor vehicle liability insurance, insuring against the negligent acts of MARTEN TRANSPORT, LTD, and its employees, namely ALANA CARMICHAEL, and under the laws of the State of Louisiana, was in full force and effect at the time of the accident and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute, Revised Statute 22:1269.

12.

Plaintiff alleges on information and belief that at the time of the collision described above, the 2018 Ken Semi tractor trailer operated by ALANA CARMICHAEL and owned by MARTEN TRANSPORT, LTD was covered by a self-insured policy through MARTEN TRANSPORT, LTD and/or through an automobile liability insurance policy, which was then in full force and effect by virtue of payment and otherwise.

13.

Plaintiff further alleges on information and belief that under the terms of said policy for self-insurers and/or insurance policy with MARTEN TRANSPORT, LTD, obligated itself to pay any and all damages to others as a result of the negligence of MARTEN TRANSPORT, LTD, and its employees, namely ALANA CARMICHAEL, operator of said vehicle, covered by said

3

policy at the time of said collision.

14.

**ALANA CARMICHAEL AND MARTEN TRANSPORT, LTD** are therefore liable, *in solido*, unto the plaintiff in said collision, which are itemized and set out hereafter.

15.

As a result of the combined fault, negligence, and/or strict liability of the defendants in causing the aforementioned accident, Plaintiff, **HEATHER LYN JONES**, suffered injuries including, but not limited to the following:

    A. Back pain/injuries;

    B. Neck pain/injuries;

    C. Right hip; and

    D. Other injuries which will be more fully established at trial.

16.

As a result of the accident sued upon herein, Plaintiff, **HEATHER LYN JONES**, suffered the following damages:

    A. Physical pain and suffering - past, present, and future;

    B. Mental pain, anguish, and distress - past, present, and future;

    C. Medical expenses - past, present, and future;

    D. Loss of enjoyment of life - past, present, and future;

    E. Disability - past, present, and future;

    F. Impairment of earning capacity - past, present, and future

    G. Lost wages - past, present, and future: and

    H. Any and all other damages which shall be proven at trial of this matter.

17.

As a result of the above accident, the plaintiff, **HEATHER LYN JONES** sustained damage to her vehicle in this accident:

    A.    Repairs;

    B.    Storage/Towing;

    C.    Rental;

    D.    Depreciation;

4

E.  Loss of use; and

F.  Any and all other damages to be proven at trial of this matter.

18.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et sec., the plaintiff is entitled to a certified copy of any insurance policies issued to and/or otherwise insuring ALANA CARMICHAEL and/or MARTEN TRANSPORT, LTD, for the claims made by Plaintiff herein. Plaintiff herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

19.

The Plaintiff herein, HEATHER LYN JONES, is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

WHEREFORE PLAINTIFF PRAYS that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the Plaintiff, HEATHER LYN JONES and against the defendants, ALANA CARMICHAEL AND MARTEN TRANSPORT, LTD, jointly, severally, and *in solido* for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.

Respectfully Submitted:

BRAD R. MATTHEWS (#30616)
Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Phone:  (225) 926-1234
Facsimile:  (225) 926-1202

PLEASE SERVE VIA LOUISIANA LONG ARM STATUTE:

ALANA CARMICHAEL
1954 Glynn Ct.
Detroit, Michigan 48206

MARTEN TRANSPORT, LTD
Through its agent for service of process
C T Corporation
301 S. Bedford St. Suite 1
Madison, WI 53703

| | | |
|---|---|---|
| HEATHER LYN JONES | | SUIT NO.:        DIV: |
| VERSUS | FILED MAR 1 3 2019 s/Marsha Casanova by CLERK OF COURT | 21st JUDICIAL DISTRICT COURT |
| ALANA CARMICHAEL AND MARTEN TRANSPORT, LTD | | PARISH OF TANGIPAHOA STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send to us, Brad Matthews, Gordon McKernan Injury Attorneys, as counsel for Plaintiff, **HEATHER LYN JONES**, in the above captioned matter, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby also requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment. This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

Respectfully Submitted:

BRAD R. MATTHEWS (#30616)
Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Phone: (225) 926-1234
Facsimile: (225) 926-1202

**PLEASE SERVE WITH PETITION**